1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11   JASON S. HARPER,                    1:14-cv-00115-MJS (PC)

12              Plaintiff,
                                         ORDER TO SUBMIT APPLICATION
13        v.                             TO PROCEED IN FORMA PAUPERIS
                                         OR PAY FILING FEE WITHIN 45 DAYS
14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION, et al.,

16              Defendants.

17

18        Plaintiff Jason S. Harper ("Plaintiff") is a state prisoner proceeding pro se in a civil

19   rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $400.00 filing fee,

20   or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21        Accordingly, IT IS HEREBY ORDERED that:

22        Within forty-five (45) days of the date of service of this order, Plaintiff shall submit

23   the attached application to proceed in forma pauperis, completed and signed, or in the

24   alternative, pay the $400.00 filing fee for this action.  **No requests for extension will be**

25   **granted without a showing of good cause**.  Within sixty (60) days of the date of

26   service of this order, Plaintiff shall submit a certified copy of his/her prison trust

27   statement for the six month period immediately preceding the filing of the Complaint.

28   ///

                                          1

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   January 30, 2014            /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE