# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. HARPER,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00115-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>ECF NO. 11 |

    Plaintiff Jason S. Harper, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 27, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 2, 2014, the Magistrate Judge issued a findings and recommendations recommending certain claims and Defendants be dismissed from this action. (ECF No. 11.) The fourteen day deadline to file an objection has passed without a response from Plaintiff.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 2, 2014, are adopted in full;
2. Plaintiff shall proceed on his Eighth Amendment claim against Defendants Huffman and Curry and First Amendment claim against Defendant Rivero;
3. Plaintiff's remaining claims are dismissed; and
4. Defendants California Department of Corrections and Rehabilitation, A.B. Boucher, M. Jones, G.W. Ward, and Lozano are dismissed from the action.

IT IS SO ORDERED.

Dated:  July 2, 2014                                          _____
                                                              SENIOR DISTRICT JUDGE