UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. HARPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | CASE No. 1:14-cv-00115-AWI-MJS<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DENIAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(ECF No. 16)<br><br>OBJECTIONS DUE WITHIN THIRTY (30) DAYS |

Plaintiff Jason S. Harper is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On June 23, 2014, Plaintiff filed a motion requesting preliminary injunctive relief. (ECF No. 16.) Specifically, he sought an order directing unspecified officials at California Substance Abuse Treatment Facility and State Prison, Corcoran (CSATF) to find and issue Plaintiff's legal materials. (Id.)

This action is proceeding on Plaintiff's Eighth Amendment excessive force claim against Defendants Huffman and Curry and First Amendment retaliation claim against Defendant Rivero. (ECF No. 9.) The Court's jurisdiction in this action is limited to those legal claims and to the current parties to this action. Summers v. Earth Island Institute, 555 U.S. 488, 493 (2009); Mayfield v. United States, 599 F.3d 964, 969 (9th Cir. 2010).

1  Plaintiff may not, via this action, seek orders directed at remedying his current,
2  unrelated[1] conditions of confinement.  Summers, 555 U.S. at 493; Mayfield, 599 F.3d at
3  969.  Accordingly, the Court HEREBY RECOMMENDS that Plaintiff's motion be denied,
4  with prejudice.

5  These Findings and Recommendations will be submitted to the United States
6  District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. §
7  636(b)(1).  Within thirty (30) days after being served with these Findings and
8  Recommendations, Plaintiff may file written objections with the Court.  The document
9  should be captioned "Objections to Magistrate Judge's Findings and Recommendations."
10 Plaintiff is advised that failure to file objections within the specified time may waive the
11 right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   July 3, 2014                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is aware that Plaintiff may need his legal materials to litigate this case.  However, there are no current deadlines in this case that require action on his part at this time.  Regardless, the pendency of this action does not give the Court jurisdiction over prison officials in general or over Plaintiff's property.

2