# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00115-AWI-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>ECF Nos. 16 and 19 |

Plaintiff Jason S. Harper is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 7, 2014, the Magistrate Judge issued a findings and recommendations recommending that Plaintiff's motion for preliminary injunctive relief be denied, with prejudice. (ECF No. 19.) Plaintiff did not respond.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 7, 2014, are adopted in full and

2. Plaintiff's motion for preliminary injunctive relief (ECF No. 16) is DENIED, with prejudice.

IT IS SO ORDERED.

Dated:   September 4, 2014

SENIOR  DISTRICT  JUDGE

2