UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JASON S. HARPER, | CASE No. 1:14-cv-00115-AWI-MJS |
|---|---|
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT |
| v. | (ECF No. 22) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff Jason S. Harper is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On August 25, 2014, Plaintiff filed a motion seeking the entry of default against the Defendants. (ECF No. 22.) Defendants filed an opposition on September 15, 2014. (ECF No. 25.)

Defendants timely waived service requests sent on June 26, 2014. (ECF No. 20.) Accordingly, their answer was due within sixty days, no later than August 25, 2014. Fed. R. Civ. P. 4(d)(3). On August 22, 2014, Defendants requested a thirty day extension of time to file a responsive pleading. (ECF No. 21.) The Court granted Defendants' request on August 29, 2014 (ECF No. 23) and an answer was filed on September 29, 2014 (ECF No. 26). The Defendants answered the complaint within the time prescribed;

1

Plaintiff is not entitled to default.

    For the foregoing reasons, Plaintiff's motion for default (ECF No. 22) is DENIED.

IT IS SO ORDERED.

Dated:   November 25, 2014      /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE