UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. HARPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al,<br><br>　　　　Defendant. | 1:14-cv-0115-AWI-MJS (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO FILE OPPOSITION<br><br>(Document# 38)<br><br>15-DAY DEADLINE |

　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 16, 2015, Defendants' filed a motion to extend time to file an opposition to Plaintiff's Motion regarding exhaustion of administrative remedies. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　Defendants' are granted fifteen (15) days from the date of service of this order in which to file an opposition.

IT IS SO ORDERED.

　　Dated:　　January 20, 2015　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1