UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON S. HARPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | CASE NO. 1:14-cv-00115-AWI-MJS (PC)<br><br>**ORDER GRANTING MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>**(ECF No. 34)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendants Curry, Huffman, and Rivero on Plaintiff's First and Eighth Amendment claims. (ECF No. 12.)

On October 2, 2014, the Court issued a discovery and scheduling order setting January 2, 2015 as the deadline for filing motions for summary judgment on the basis of failure to exhaust administrative remedies. (ECF No. 28.) On December 31, 2014, Defendants filed a motion to modify the discovery and scheduling order and to extend the exhaustion motion filing deadline to January 12, 2015. (ECF No. 34.) Defendants then filed their exhaustion motion on January 12, 2015. (ECF No. 35.)

1 | Defendants have presented good cause for modifying the discovery and scheduling order to extend the exhaustion motion deadline. Accordingly, their motion (ECF No. 34) is HEREBY GRANTED. The deadline for filing motions for summary judgment on the basis of failure to exhaust administrative remedies is extended nunc pro tunc to and including January 12, 2015.

IT IS SO ORDERED.

Dated:   January 20, 2015          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

2